*Friday, August 10, 2001*

## MOTION DOCKET

**01–443.   Ohio River Pipe Line, LLC v. Henley.**
Fairfield App. No. 00CA16. This cause is pending before the court as an appeal from the Court of Appeals for Fairfield County. Upon consideration of appellants' motion to stay briefing schedule pending jurisdictional determination in Supreme Court case No. 01–1304, *Ohio River Pipe Line, LLC v. Betty Jean Cluff Guthiel et al.,*

IT IS ORDERED by this court that the motion to stay briefing schedule be, and hereby is, granted pending further order of this court.

## MISCELLANEOUS DISMISSALS

**01–250.   Armco, Inc. v. United Steel Workers of Am., AFL–CIO–CLC.**
Richland App. No. 00CA57. This cause is pending before the court as an appeal from the Court of Appeals for Richland County. It appears from the records of this court that appellant has not filed a merit brief, due August 7, 2001, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this case with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is dismissed, *sua sponte.*

**01–667.   Fagel v. O'Connor.**
Hamilton App. No. C–000706. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**01–1189.   Aliff v. Ohio Dept. of Job & Family Serv.**
Montgomery App. No. 18647. This cause is pending before the court as a discretionary appeal. Upon consideration of appellants' application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**01–1198.   Dennis v. State Farm Ins. Co.**
Mahoning App. No. 99CA78. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.